**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **2:26-cv-10395-JFW-DTB** Date: **September 24, 2026**

Title: **Alfred Eric Caraffa v. The People of the State of California**

==================================================================

**DOCKET ENTRY**

==================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rebecca Camacho | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF: None present

ATTORNEYS PRESENT FOR DEFENDANT(S): None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PETITION FOR WRIT OF HABEAS CORPUS [DOCKET NO. 1]**

On September 10, 2026, petitioner Alfred Eric Caraffa ("Petitioner") filed a document entitled "Request for Habeas Corpus Petition(s) and Document(s) and Notice of Change of Address" ("Request"). (Docket No. 1). In his Request, Petitioner asks the Clerk to send him a Petition for Writ of Habeas Corpus plus all related documents. Having read and considered the Request, the Court hereby GRANTS the same. The Clerk is directed to provide Petitioner with this Court's Pro Se Packet 1. Should Petitioner wish to proceed with this action, he must pay the $5.00 filing or complete this Court's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Authorized Funds form (Pro Se Packet 1 at 24-25) within 30 days of the date of this Order.

**IT IS SO ORDERED**.