UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALFRED E. CARAFFA,<br><br>Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 2:26-cv-10395-JFW-DTB<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE PETITION FOR WRIT OF HABEAS CORPUS** |

On September 10, 2026, Petitioner filed a document entitled "Request for Habeas Corpus Petition(s) and Document(s) and Notice of Change of Address." (Docket No. 1). In his filing, Petitioner requested that the Clerk send him a "Petition for the Writ of Habeas Corpus plus all related documents." Petitioner did not file a Petition for Writ of Habeas Corpus, nor did he pay the $5.00 filing fee. (See Docket No. 2).

On September 24, 2026, the Court granted Petitioner's request and the Clerk provided Petitioner with the Court's Pro Se Packet 1 for him to utilize. The Court also advised Petitioner that if he was to proceed with this action, he must pay the

$5.00 filing fee or complete this Court's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Authorized Funds form (Pro Se Packet 1 at 24-25) within 30 days of the date of Court's Order.

On November 4, 2026, rather than filing the Declaration in Support of Request to Proceed in Forma Pauperis which was provided as part of the Pro Se Packet 1, Petitioner filed a CV-60P Prisoner's Request to Proceed Without Prepayment of Filing Fees With Declaration in Support ("IFP Application"). (Docket No. 6).

As Petitioner failed to file a Petition for Writ of Habeas Corpus with his IFP Application, the Court postponed ruling on the IFP Application. Petitioner is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Petition for Writ of Habeas Corpus to discharge this Order to Show Cause. Petitioner's response is due no later than **December 7, 2026.**

**Petitioner is hereby cautioned that failing to comply with this Order to Show Cause will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's order.**

Dated: November 6, 2026

DAVID T. BRISTOW
United States Magistrate Judge